UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-270-1BR

UNITED STATES OF AMERICA,

v.

BILLY LEE HIGHSMITH,
           Defendant.

ORDER

FOR GOOD CAUSE SHOWN, Defendant's Motion to Seal Supplemental Sentencing Memorandum is hereby GRANTED.

This 11 July 2014.

                              W. Earl Britt
                              Senior U.S. District Judge